In the Matter of ROBITZEK INVESTING Co., INC., et al., Respondents, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Appellants.

Submitted September 30, 1946; decided October 10, 1946.

*Harry H. Chambers* for motion.

*John J. Bennett, Corporation Counsel (Stanley Buchsbaum* of counsel), opposed.

Motion denied, with $10 costs.